**HILL, FARRER & BURRILL LLP**
JAMES A. BOWLES (Bar No. 058833)
jbowles@hillfarrer.com
E. SEAN McLOUGHLIN (Bar No. 174076)
smcloughlin@hillfarrer.com
300 South Grand Ave
37th Floor - One California Plaza
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460

***E-FILED - 4/2/09***

Attorneys for Defendant
MID CAL PLASTERING, INC. dba QUALITY PLASTERING CORP.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HABNER YOEL GARCIA FLORIAN,

Plaintiff,

vs.

MID CAL PLASTERING, INC. dba QUALITY PLASTERING CORP.,

Defendants.

CASE NO. C08-05751 RMW(HRL)

**STIPULATION RE: ARBITRATION; [PROPOSED] ORDER COMPELLING ARBITRATION AND DISMISSING ACTION WITHOUT PREJUDICE**

Ctrm.: 6
Judge: Hon. Ronald M. Whyte

IT IS STIPULATED by the parties, Plaintiff HABNER YOEL GARCIA FLORIAN and Defendant MID CAL PLASTERING, INC. dba QUALITY PLASTERING CORP., by and through their respective attorneys below, as follows:

1. This action shall be dismissed without prejudice.

2. Plaintiff and Defendant are parties to a written agreement to arbitrate, the Mutual Arbitration Policy and Employee Agreement to Arbitrate dated June 19, 2006. Pursuant to this Agreement and the Federal Arbitration Act, Plaintiff will submit any and all claims that arise out of or relate to this action, as alleged in the Complaint, or his employment with Defendant to final and binding arbitration as required by the terms of the written agreement to arbitrate.

IT IS SO STIPULATED.

Based on the above Stipulation, the parties now jointly apply for and consent to entry by the Court of an Order dismissing the action without prejudice and compelling arbitration in the form proposed below.

DATED: March 11, 2009

HILL, FARRER & BURRILL LLP

By: [signature]
JAMES A. BOWLES
Attorneys for Defendant
MID CAL PLASTERING, INC. dba
QUALITY PLASTERING CORP.

DATED: March 11, 2009

LAW OFFICES OF TOMAS E. MARGAIN

By: [signature]
JACOB SIDER
Attorneys for Plaintiff
HABNER YOEL GARCIA FLORIAN

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________

______________________________
UNITED STATES DISTRICT COURT JUDGE

C08-05751 RMW

HFB 863604.1 Q6930003